UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LORENA GONZALEZ-AGUILAR,

        Defendant.
_____/     **INDICTMENT**

The Grand Jury charges:

### Aggravated Felon Reentry

On or about February 23, 2025, in Van Buren County, in the Western District of Michigan, Southern Division,

LORENA GONZALEZ-AGUILAR,

being an alien who had previously been removed after having been convicted of an aggravated felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or to reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(2)
8 U.S.C. § 1101(a)(43)(B), (N), (U)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

*Donald Daniels* (signature)
_____
DONALD DANIELS
Assistant United States Attorney